UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                          :
:
        -v-                                         :      24-CR-392 (JMF)
:
KEVIN RESHARD,                                           :      <u>SCHEDULING ORDER</u>
:
                 Defendant.              :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      IT IS HEREBY ORDERED that the parties shall appear for an arraignment and pretrial conference in this matter on **June 25, 2024** at **2:30 p.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

      SO ORDERED.

Dated: June 21, 2024
       New York, New York                            JESSE M. FURMAN
                                                         United States District Judge