

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javitz Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 23, 2024

Application GRANTED. The parties shall appear on **October 8, 2024**, at **2:15 p.m.** The Clerk of Court is directed to terminate Doc. #14. SO ORDERED.

September 24, 2024

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Kevin Reshard*, 24 Cr. 392 (JMF)

Dear Judge Furman:

The Government writes on behalf of the parties to respectfully request that the Court hold a change-of-plea hearing in this case. The parties are available on October 7, 2024, and on October 8, 2024 after 1:00 p.m. The Government will submit a copy of the signed plea agreement today via email to chambers.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Getzel Berger
Assistant United States Attorney
(212) 637-1061

cc:   Michael Arthus, Esq. (by ECF)